■ In the Matter of BUFFALO COMMON COUNCIL MEMBERS RELATIVE TO SUBPOENAS ISSUED BY THE SPECIAL INVESTIGATOR FOR THE MAYOR OF THE CITY OF BUFFALO. (Appeal No. 1.)— Order unanimously affirmed without costs for the reasons stated at Supreme Court, Rossetti, J. (Appeal from order of Supreme Court, Erie County, Rossetti, J.—quash subpoenas.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.

■ AETNA LIFE & CASUALTY COMPANY, Respondent, v DON-ALD McGREGOR, Appellant. (Appeal No. 3.)—Order unanimously reversed on the law without costs and injunction vacated. Memorandum: The court erred in granting plaintiff what was in effect a permanent injunction prohibiting defendant from proceeding before the Workers' Compensation Board, despite the facts that the Board had ordered defendant's case reopened, and that plaintiff had moved only for a preliminary injunction under CPLR 6312. Plaintiff failed to show irreparable injury, one of the prerequisites to granting a preliminary injunction *(see, Niagara Recycling v Town of Niagara,* 83 AD2d 316, 324). The injunction therefore must be vacated. (Appeal from order of Supreme Court, Onondaga County, Zeller, J.—injunction.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.